JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CAESAR GABRIEL COTA, | ) | No. SA CV 09-00613-DMG (VBK) |
| | ) | |
| Petitioner, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY HEDGPETH, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

     Pursuant to the Order Accepting and Adopting the Report and
Recommendation of the United States Magistrate Judge, and dismissing
the Petition for Writ of Habeas Corpus ("Petition") with prejudice,
     **IT IS ADJUDGED** that the Petition is dismissed with prejudice.


DATED: January 3, 2011                   _____
                                         DOLLY M. GEE
                                         UNITED STATES DISTRICT JUDGE